# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-03-00725-CR

**Charles Edward Turnbull, III, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF BELL COUNTY, 27TH JUDICIAL DISTRICT
### NO. 53352, HONORABLE MARTHA J. TRUDO, JUDGE PRESIDING

### M E M O R A N D U M   O P I N I O N

Charles Edward Turnbull, III seeks to appeal from a judgment of conviction for murder. The trial court has certified that this is a plea bargain case and Turnbull has no right of appeal. *See* Tex. R. App. P. 25.2(a)(2). The court also has certified that Turnbull waived his right of appeal. The appeal is dismissed. *See id*. rule 25.2(d).

_____

David Puryear, Justice

Before Chief Justice Law, Justices Kidd and Puryear

Dismissed for Want of Jurisdiction

Filed: January 8, 2004

Do Not Publish